IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>K.C.M. BHAKTA MOTEL CORPORATION, et al.,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. CV F 11-1873 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 12.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.　DISMISSES without prejudice this entire action;

2.　VACATES all pending matters, including the February 21, 2012 scheduling conference; and

3.　DIRECTS the clerk to close this action, subject to reopening as appropriate to enforce the stipulated injunction.

IT IS SO ORDERED.

**Dated:　January 11, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1